# IN THE UNITED STATES MAGISTRATE COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-23-05002-BLG-TJC** |
| **Plaintiff,** | |
| **vs.** | **ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE AND VACATE TRIAL** |
| **RUDY NOORLANDER,** | |
| **Defendant.** | **Violation No. FBDG009C** <br> **Location Code:  M6H** |

Based on motion of the United States and for good cause shown,

IT IS ORDERED that the unopposed motion to dismiss without prejudice Violation Notice FDBG009C (Doc. 7) is GRANTED.  This matter is dismissed without prejudice and the trial date scheduled for March 14, 2023, is vacated.

DATED this 8th day of February, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge